AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Christopher Gallagher | ) | Case No. 5:12-mJ-00082 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __12-13 October 2012__ in the Parish of __Bossier__ in the __Western__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1382 | Entering military, naval, or Coast Guard property |
| 18 U.S.C. 930 | Possession of firearms and dangerous weapons in Federal facilites |
| LaRS 14:99 | Reckless operation of a vehicle |

This criminal complaint is based on these facts:

On 12 October 2012 at approximately 2100 hours the Defendant attempted to enter Barksdale Air Force Base using the inbound land of the North gate. Defendant was denied access to the base because he did not possess a military identification card. On 13 October 2012 at approximately 2000 hours, Defendant entered Barksdale Air Force Base by using the outbound lane of the West gate. Security Forces stopped the vehicle and initiated a high risk traffic stop.

☑ Continued on the attached sheet.

*Complainant's signature*

Derek Han, special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Oct 14, 2012

City and state: Shreveport, LA

*Judge's signature*

Mark Hornsby, U.S. Mag Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

For the

Western District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br>Christopher Gallagher | ) <br> ) Case No. 5:12-mj-00082 <br> ) <br> ) |

Facts continued:

When Security Forces officers swept the vehicle, they discovered three firearms, a loaded .45 caliber pistol in between the center console and driver's seat, a small bore rifle, and large bore rifle, and approximately 77 rounds of ammunition. During the stop, Gallagher spontaneously stated he had wanted to "take control of the college" on Barksdale Air Force Base.