### AFFIDAVIT In support of Criminal Complaint and Arrest Warrant

I, Derek Han, being duly sworn, declare and state as follows:

### A. INTRODUCTION

1. I am currently employed as a Special Agent for the Air Force Office of Special Investigations (AFOSI), Detachment 219, at Barksdale Air Force Base (BAFB), LA. I have been so employed since November 2011.

2. In conjunction with my assigned responsibilities, I have received training in criminal investigations at the Federal Law Enforcement Training Center (FLETC), Glynco, GA. I have also received specialized training in Internet Crimes against Children (ICAC) through the Louisiana State ICAC Task Force and am the Subject Matter Expert (SME) for crimes against people, specifically, sexual assault investigations. Additionally, in connection with my duties and responsibilities as an AFOSI Special Agent, I have participated in the execution of search warrants and other activities in connection with prosecutions for violations of the law.

### B. OVERVIEW AND PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of an application for an arrest warrant for Mr. Christopher Paul Gallagher Jr, who was detained on the evening of 13 Oct 12 at Barksdale AFB, LA for unlawful entry of a military installation. At approximately 1955 hours, the 2d Security Forces Squadron, BAFB, LA provided notification that Gallagher had unlawfully entered the West Gate of the installation, entering from the outbound lane running over the security tracks. Gallagher was stopped and detained by patrolmen who discovered three firearms, a loaded .45 caliber pistol in between the center console and driver's seat, a small bore rifle, and large bore rifle, and approximately 77 rounds of ammunition. During the high risk stop, Gallagher made a spontaneous utterance to a patrolman stating he had wanted to "take control of the college" on BAFB, LA.

### C. OVERVIEW OF THE INVESTIGATION

1. On 12 Oct 12, Mr. Gallagher had made an initial attempt to enter the installation via the North Gate, BAFB, LA. 2 Security Forces Sentries denied access and turned him away, but noted he had three firearms in his vehicle. Mr. Gallagher did not make any attempts to return and gain access to the installation on that date.

2. On 13 Oct 12, prior to interviewing Gallagher, AFOSI Det 219 and 2 Security Forces Investigations conducted field interviews of Gallagher's step parents, Michelle Lynn Dillon, 5769 Caspiana Ln, Bossier City, LA and Russell Craig, 4603 General Ewell Dr. Bossier City, LA. Mr. Craig informed me that Gallagher had an extensive history of verbalizing threats, and was clinically diagnosed with Bipolar disorder and ADHD. Mr. Craig, a retired Louisiana State Trooper, had been in an altercation with Gallagher in the past that resulted in Gallagher pointing a .357 magnum revolver at him. Gallagher had also been in an argument with an ex-girlfriend where he fired his .45 pistol as a warning shot, resulting in Gallagher going to Bossier Parish Sheriff's jail for approximately 18-35 days. Upon his release Mr. Gallagher was admitted to Brentwood Mental Health Hospital. Upon further questioning, Mr. Craig and Mrs. Dillon stated Mr. Gallagher had recently failed an exam for Nursing and had become disgruntled at academic institution.

3. Upon waiving his 5th Amendment rights, Mr. Gallagher stated he had been told by a higher power to enter the installation. He stated he had intelligence to pass to the military; when asked specifically what information he had, Gallagher stated he was a unique human being with telekinetic powers and wanted to speak to someone about his mental capacity and supernatural abilities. Mr. Gallagher stated he had been hunting small game and made his way to the BAFB, leaving his firearms in the vehicle, as he referenced his 2nd Amendment rights to do so. Gallagher stated he initially was not aware that entering the military installation with loaded firearms was illegal; however, he did understand his attempt to enter the base via the outbound was illegal.

D. **CONCLUSION**

1. Based upon my training, experience, the experience of other law enforcement personnel, and the foregoing facts, I have evidence Christopher Paul Gallagher Jr., is a serious threat to the local community, including Active Duty military members on Barksdale AFB, LA. Mr. Gallagher has made two attempts to enter the installation with loaded firearms, and verbalized a threat to take control of the college on base. Despite any clinical diagnoses of mental instability, Mr. Gallagher poses an active threat to the installation.

2. Based on my interview of Mr. Gallagher and the investigative activities AFOSI Det 219, BAFB, LA and 2d Security Forces Squadron have conducted, I have evidence of a violation of unlawful armed entry of a military installation and reckless operation of a motor vehicle and request authority to arrest Mr. Gallagher under the circumstances as set forth in paragraph B.1 of this affidavit.

*[signature]*

DEREK HAN, Special Agent, DAF
AFOSI Detachment 219, Barksdale AFB, LA

Sworn and subscribed on 14 Oct 12 at Shreveport, LA

*[signature]*

MARK L. HORNSBY
U.S. Magistrate Judge

3 of 3